JOHN FISCHER, Appellant, *v.* JOHN RAAB et al., Respondents.

(Argued October 18, 1881 ; decided October 28, 1881.)

*Henry Wehle* for appellant.

*J. C. Julius Langbein* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

ERASTUS D. BENEDICT, Appellant, *v.* COURTLANDT P. DIXON et al., Respondents.

(Argued October 18, 1881 ; decided October 28, 1881.)

*E. R. Meade and George Bliss* for appellants.

*Edward M. Shephard* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE, ex rel. EDWARD B. LONG, as Guardian, etc., Respondent, *v.* ST. JOHN CROFT, Appellant.

(Argued October 18, 1881 ; decided October 28, 1881.)

*Calvin Frost* for appellants.

*J. Newton Fiero* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.